GEORGE T. THOMAS and WAYNE BASDEN V. STATE

No. 32,824. January 18, 1961

*George T. Thomas*, Big Spring, for appellants.

*Leon Douglas*, State's Attorney, Austin, for the state.

WOODLEY, Presiding Judge.

This is a writ of error to review the final judgment in a bond forfeiture.

The record sustains appellants' contention that there was no service of citation upon either of them, for which reason the default judgment making final the forfeiture of the appearance bond upon which they are sureties is without support.

The state agrees and does not seek affirmance.

The judgment making the judgment nisi final is reserved and the cause remanded.